# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| Plaintiff, ) | Case No. 2:09-cr-00134-LRH-GWF |
| vs. ) | **ORDER** |
| DAVID WAYNE GOODMAN, ) | |
| Defendant. ) | |

This matter is before the Court on Plaintiff's Motion to Compel (#7) filed April 28, 2015. No response was filed by Defendant. The Court conducted a hearing in this matter on June 1, 2015. After considering the papers submitted, as well as oral argument by counsel, and good cause appearing,

**IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel (#7) is granted. Defendant is to respond to the government's First Set of Post-Judgment Interrogatories and First Post-Judgment Request for Production of Documents no later than thirty (30) days from the mailing of this Order.

**IT IS FURTHER ORDERED** that the clerk of the court shall send a copy of this order by certified mail and regular mail to Defendant at 9000 Pointe South Drive, Apt. D, St. Louis, Missouri 63128-1004.

DATED this 1st day of June, 2015.

*George Foley Jr.*
GEORGE FOLEY, JR.
United States Magistrate Judge